**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 03-1254**

―――――――――

NED L. PARKER, JR.,

                              Plaintiff - Appellant,

        versus

EMPLOYEES OF CHARLESTON COUNTY; EMPLOYEES OF
CHARLESTON COUNTY DETENTION CENTER; ARRESTING
OFFICERS   OF   NORTH   CHARLESTON   POLICE
DEPARTMENT,

                              Defendants - Appellees,

        and

CHARLESTON COUNTY DETENTION CENTER; BONNIE S.
KOONTZ,

                              Defendants.

―――――――――

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  C. Weston Houck, District Judge.
(CA-00-655-2-12)

―――――――――

Submitted:  August 14, 2003      Decided:  August 20, 2003

―――――――――

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

―――――――――

Dismissed by unpublished per curiam opinion.

Ned L. Parker, Jr., Appellant Pro Se. Sandra Jane Senn, Stephanie Pendarvis McDonald, Charleston, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ned L. Parker, Jr., seeks to appeal the district court's order accepting the magistrate judge's recommendation to dismiss his civil complaint. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." Browder v. Director, Dep't of Corr., 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)).

The district court's order was entered on the docket on January 10, 2003. The notice of appeal was filed on February 19, 2003.[*] Because Parker failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the

---

[*] Parker mistakenly filed his notice of appeal with this court on February 19, 2003. This court forwarded the notice of appeal to the district court for filing. The notice of appeal was thus filed in the district court on February 21, 2003. In accordance with Fed. R. App. P. 4(d), Parker's notice of appeal is deemed filed on February 19, 2003, the date the notice of appeal was received by this court and sent to the district court.

3

materials before the court and argument would not aid the decisional process.

DISMISSED